DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR MARTINEZ-VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00150-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| OSCAR MARTINEZ-VALDOVINOS ) | |
| ) | Date: June 7, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant OSCAR MARTINEZ-VALDOVINOS, that the status conference of June 7, 2010 at 8:30 a.m., be vacated, and the matter be set for status conference on June 21, 2010 at 8:30 a.m.

    The reason for the continuance is to allow the parties additional time to negotiate a resolution. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1       IT IS STIPULATED that the period from the signing of this Order,
2  May 28, 2010, up to and including June 21, 2010, be excluded in
3  computing the time within which trial must commence under the Speedy
4  Trial Act, pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
5  for ongoing preparation of counsel.
6  Dated: May 28, 2010

                                         Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                         */s/ Douglas Beevers*
                                         _____
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         OSCAR MARTINEZ-VALDOVINOS


14 Dated: May 28, 2010

                                         BENJAMIN B. WAGNER
                                         Acting United States Attorney


                                         */s/ Michael Anderson*
                                         _____
                                         Michael Anderson
                                         Assistant U.S. Attorney




                                  **ORDER**

22      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for June 7, 2010, be
24 continued to June 21, 2010 at 8:30 a.m.  Based on the representation of
25 defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.  It is
3  ordered that time from the date of this Order, May 28, 2010, up to and
4  including, the June 21, 2010 status conference shall be excluded from
5  computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to
8  prepare.
9  Dated:  June 1, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE